AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PublicResource.org | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Sheet Metal and Air Conditioning Contractors' National Association, Inc. | ) C 13 0815 |
| *Defendant* | ) |

MEJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CT Corporation System
Agent for Service of Process for SMACNA, Inc.
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Corynne Mc Sherry
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

FEB 2 2 2013                    CLERK OF COURT

Date: _____                    _____
ANNA SPRINKLES
*Signature of Clerk or Deputy Clerk*