UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>Plaintiff(s),<br><br>v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASS'N, INC.,<br><br>Defendant(s). | No. C 13-0815-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/12/13

Signature

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

I, Stephanie Shattuck, declare:

I am employed in the city and county of San Francisco, California. My business address is 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On March 13, 2013, at the above-referenced address, I served the attached Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge on the interested parties in said cause by:

___ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ U.S. Mail: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Jon L. Farnsworth, Esq.
Felhaber, Larson, Fenlon & Vogt P.A.
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2136

___ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 13, 2013

_____
STEPHANIE SHATTUCK