**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PUBLIC.RESOURCE.ORG,            No. CV 13-00815 MEJ

    Plaintiff,                                   **ORDER**

   v.

SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION INC,

    Defendant.
_____/

GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **Honorable Samuel Conti** in the **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials SC** immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

                                                              FOR THE EXECUTIVE COMMITTEE:

Dated: March 14, 2013                                Richard W. Wieking
rev 4-12                                                             Clerk of Court