IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PUBLIC.RESOURCE.ORG,

        Plaintiff,

  v.

SHEET METAL AND AIR CONDITIONING
CONTRACTORS NATIONAL ASSOCIATION INC,

        Defendant.
_____/

No. C 13-00815 SC

**Clerk's Notice
Scheduling Case
Management Conference
on Reassignment**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service.)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Friday, 06/07/2013,** at **10:00 a.m.** before the Honorable Samuel Conti upon reassignment.  Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than 7 days prior, counsel shall submit a joint case management conference statement.

To view Judge Conti's scheduling notes and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: March 18, 2013

                              FOR THE COURT,

                         Richard W. Wieking, Clerk

                         By:_____

                           Tana Ingle
                           Deputy Clerk

**United States District Court
For the Northern District of California**