IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>         Plaintiff,<br><br>     v.<br><br>SHEET METAL AND AIR CONDITIONING<br>CONTRACTORS NATIONAL ASSOCIATION INC,<br><br>         Defendant.<br>_____/ | No. C 13-00815 SC<br><br>**Clerk's Notice<br>Scheduling Case<br>Management Conference<br>on Reassignment** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service.)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Friday, 06/07/2013,** at **10:00 a.m.** before the Honorable Samuel Conti upon reassignment.  Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than 7 days prior, counsel shall submit a joint case management conference statement.

To view Judge Conti's scheduling notes and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: March 18, 2013                                                                          FOR THE COURT,

                                                                          Richard W. Wieking, Clerk
                                                                          By:_____
                                                                                Tana Ingle
                                                                                Deputy Clerk