Corynne McSherry (SBN 221504)
corynne@eff.org
Matt Zimmerman (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David Halperin (admitted *pro hac vice*)
davidhalperindc@gmail.com
3333 14th Street NW, Suite 205
Washington, DC 20010

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PUBLIC.RESOURCE.ORG, | ) | Case No.: 3:13-cv-00815 SC |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | Senior District Judge Samuel Conti |
| SHEET METAL AND AIR CONDITIONING | ) | Courtroom 1 - 17th Floor |
| CONTRACTORS' NATIONAL | ) | |
| ASSOCIATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Stephanie Shattuck, declare:

I am employed in the city and county of San Francisco, California. My business address is 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On March 19, 2013, at the above-referenced address, I served the attached

- Clerk's Notice Scheduling Case Management Conference on Reassignment
- Order Reassigning Case to Judge Samuel Conti
- Notice of Impending Reassignment to a United States District Court Judge
- Printout of Judge Conti's Court Web Page (He has no individual Standing Orders.)

on the interested parties in said cause by:

__X__ U.S. Mail: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Jon L. Farnsworth, Esq.
Felhaber, Larson, Fenlon & Vogt P.A.
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2136

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 19, 2013

_____
STEPHANIE SHATTUCK

---
1
CERTIFICATE OF SERVICE
Case No. 13-cv-00815 SC