CORYNNE MCSHERRY (221504)
corynne@eff.org
MATTHEW ZIMMERMAN (212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
3333 14th Street NW, Suite 205
Washington, DC 20010

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (CSB No. 253633)
jvarellas@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>              Plaintiff,<br><br>      v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTOR'S NATIONAL ASSOCIATION, INC.,<br><br>              Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**NOTICE OF APPEARANCE OF ANDREW P. BRIDGES** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     Andrew P. Bridges of Fenwick & West LLP hereby enters his appearance on behalf of

2   Plaintiff PUBLIC.RESOURCE.ORG.

3     Andrew P. Bridges' email address, for purposes of receipt of Notices of Electronic Filing,

4   is: abridges@fenwick.com; rpelayo@fenwick.com

5

6   Dated:    May 3, 2013                    FENWICK & WEST LLP

7

8                                            By: */s/ Andrew P. Bridges*
                                                 Andrew P. Bridges
9
                                             Attorneys for Plaintiff
10                                           PUBLIC.RESOURCE.ORG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF              2              Case No.: 3:13-cv-00815 SC
ANDREW P. BRIDGES