```
 1  CORYNNE MCSHERRY (221504)
     corynne@eff.org
 2  MATTHEW ZIMMERMAN (212423)
     mattz@eff.org
 3  ELECTRONIC FRONTIER FOUNDATION
     454 Shotwell Street
 4  San Francisco, CA 94110
     Telephone: (415) 436-9333
 5  Facsimile: (415) 436-9993

 6  DAVID HALPERIN (admitted pro hac vice)
     davidhalperindc@gmail.com
 7  3333 14th Street NW, Suite 205
     Washington, DC 20010
 8
     ANDREW P. BRIDGES (CSB No. 122761)
 9  abridges@fenwick.com
     JAMES J. VARELLAS III (CSB No. 253633)
10  jvarellas@fenwick.com
     KATHLEEN LU (CSB No. 267032)
11  klu@fenwick.com
     FENWICK & WEST LLP
12  555 California Street, 12th Floor
     San Francisco, CA  94104
13  Telephone:     415.875.2300
     Facsimile:     415.281.1350
14
     Attorneys for Plaintiff
15  PUBLIC.RESOURCE.ORG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>        Plaintiff,<br><br>     v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTOR'S NATIONAL ASSOCIATION, INC.,<br><br>        Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**NOTICE OF APPEARANCE OF JAMES J. VARELLAS III** |

1  James J. Varellas III of Fenwick & West LLP hereby enters his appearance on behalf of
2  Plaintiff PUBLIC.RESOURCE.ORG.
3  James J. Varellas III's email address, for purposes of receipt of Notices of Electronic
4  Filing, is: jvarellas@fenwick.com; rchang@fenwick.com.

6  Dated:   May 3, 2013                                FENWICK & WEST LLP

8                                                      By: */s/ James J. Varellas III*
                                                           James J. Varellas III

                                                        Attorneys for Plaintiff
                                                        PUBLIC.RESOURCE.ORG

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF                    2                    Case No.: 3:13-cv-00815 SC
JAMES J. VARELLAS III