CORYNNE MCSHERRY (221504)
corynne@eff.org
MATTHEW ZIMMERMAN (212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
3333 14th Street NW, Suite 205
Washington, DC 20010

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (CSB No. 253633)
jvarellas@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **NOTICE OF APPEARANCE OF KATHLEEN LU** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTOR'S NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

1   Kathleen Lu of Fenwick & West LLP hereby enters her appearance on behalf of Plaintiff
2   PUBLIC.RESOURCE.ORG.
3   Kathleen Lu's email address, for purposes of receipt of Notices of Electronic Filing, is:
4   klu@fenwick.com; lmartinez@fenwick.com.

5   Dated:   May 3, 2013                FENWICK & WEST LLP

7   By: */s/ Kathleen Lu*
       Kathleen Lu

    Attorneys for Plaintiff
    PUBLIC.RESOURCE.ORG