1  CORYNNE MCSHERRY (221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN (admitted *pro hac vice*)
   davidhalperindc@gmail.com
7  3333 14th Street NW, Suite 205
   Washington, DC 20010
8
   ANDREW P. BRIDGES (CSB No. 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (CSB No. 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (CSB No. 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13 Telephone:    415.875.2300
   Facsimile:    415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| 22              Plaintiff, | **NOTICE OF APPEARANCE OF KATHLEEN LU** |
| 23       v. | |
| 24  SHEET METAL AND AIR CONDITIONING CONTRACTOR'S NATIONAL ASSOCIATION, INC., | |
| 25 | |
| 26              Defendant. | |

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Kathleen Lu of Fenwick & West LLP hereby enters her appearance on behalf of Plaintiff
2  PUBLIC.RESOURCE.ORG.
3  Kathleen Lu's email address, for purposes of receipt of Notices of Electronic Filing, is:
4  klu@fenwick.com; lmartinez@fenwick.com.

Dated:   May 3, 2013                           FENWICK & WEST LLP


                                               By: */s/ Kathleen Lu*
                                                   Kathleen Lu

                                               Attorneys for Plaintiff
                                               PUBLIC.RESOURCE.ORG

NOTICE OF APPEARANCE OF                    2                         Case No.: 3:13-cv-00815 SC
KATHLEEN LU