IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>        Plaintiff,<br><br>  v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION INC,<br><br>        Defendant.                     / | No. C 13-00815 SC<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Status Conference* previously set for Friday, 06/07/2013, at 10:00 a.m. has been rescheduled for **Friday, 06/14/2013,** at **10:00 a.m.**, before the Honorable Samuel Conti. Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: May 6, 2013

                                                          FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By:_____
                                                              Tana Ingle
                                                               Deputy Clerk

**United States District Court**
For the Northern District of California