IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KRAPF,<br><br>       Plaintiff,<br><br>  v.<br><br>VIRTUOX INC,<br><br>       Defendant.<br>_____/ | No. C 13-00856 SC<br><br>**Clerk's Notice**<br>**Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Status Conference* previously set for Friday, 06/07/2013, at 10:00 a.m. has been rescheduled for **Friday, 06/14/2013,** at **10:00 a.m.**, before the Honorable Samuel Conti. Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated:  May 6, 2013

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Tana Ingle
Tana Ingle
Deputy Clerk

United States District Court
For the Northern District of California