IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KRAPF,

        Plaintiff,

  v.

VIRTUOX INC,

        Defendant.

No. C 13-00856 SC

**Clerk's Notice Rescheduling Hearing**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Status Conference* previously set for Friday, 06/07/2013, at 10:00 a.m. has been rescheduled for **Friday, 06/14/2013, at 10:00 a.m.**, before the Honorable Samuel Conti. Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: May 6, 2013

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Tana Ingle
Deputy Clerk