MATTHEW ZIMMERMAN (CSB No. 212423)
mattz@eff.org
CORYNNE MCSHERRY (CSB No. 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (ADMITTED PRO HAC VICE)
davidhalperindc@gmail.com
3333 14th Street NW, Suite 205
Washington, DC 20010

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (CSB No. 253633)
jvarellas@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.** |

REQUEST FOR CLERK'S ENTRY OF
DEFAULT
CASE NO.: 3:13-CV-00815 SC

**TO THE CLERK OF THE COURT:**

Pursuant to the Federal Rule of Civil Procedure 55(a), Plaintiff PUBLIC.RESOURCE.ORG hereby requests entry of default against Defendant SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., on the ground that Defendant has failed to respond to the Complaint for Declaratory and Injunctive Relief (the "Complaint") within the time prescribed by the Federal Rules of Civil Procedure.

On March 14, 2013, counsel for Defendant signed and returned a Waiver of the Service of Summons (the "Waiver"), which Public.Resource.Org subsequently filed with the Court. The Waiver included the following statement: "I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2013, the date when this request was sent." (Declaration of Corynne McSherry in Support of Public.Resource.Org's Request for Clerk's Entry of Default ("McSherry Decl.") ¶¶ 2-4; Dkt. No. 11.) Under the Waiver, the Defendant's deadline to respond to the Complaint was April 30, 2013.

As of May 6, 2013, Defendant has not responded to the Complaint. (McSherry Decl. ¶ 5.) Further, on May 3, 2013, Defendant advised counsel for Public.Resource.Org that "our client is not intending on filing a responsive pleading." (McSherry Decl. ¶ 6 & Ex. 1.)

The accompanying Declaration of Corynne McSherry further sets forth the relevant facts.

For these reasons, Plaintiff respectfully requests that the Clerk enter default against Defendant SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.

Dated: May 6, 2013                     FENWICK & WEST LLP

                                       By: /s/ James J. Varellas III
                                           James J. Varellas III
                                           Attorneys for Plaintiff
                                           PUBLIC.RESOURCE.ORG