1  MATTHEW ZIMMERMAN (CSB No. 212423)
   mattz@eff.org
2  CORYNNE MCSHERRY (CSB No. 221504)
   corynne@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN (Admitted *Pro Hac Vice*)
   davidhalperindc@gmail.com
7  3333 14th Street NW, Suite 205
   Washington, DC 20010
8
   ANDREW P. BRIDGES (CSB No. 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (CSB No. 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (CSB No. 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13
   Attorneys for Plaintiff
14 PUBLIC.RESOURCE.ORG

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

19 PUBLIC.RESOURCE.ORG,                    | Case No.: 3:13-cv-00815 SC

20                Plaintiff,               | **DECLARATION OF CORYNNE
                                           | MCSHERRY IN SUPPORT OF
21        v.                               | PUBLIC.RESOURCE.ORG'S
                                           | REQUEST FOR CLERK'S ENTRY OF
22 SHEET METAL AND AIR CONDITIONING        | DEFAULT**
   CONTRACTORS' NATIONAL
23 ASSOCIATION, INC.,

24                Defendant.

25

26

27

28

CORYNNE MCSHERRY DECLARATION
IN SUPPORT OF REQUEST FOR DEFAULT
CASE NO.: 3:13-CV-00815 SC                            1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

I, Corynne McSherry, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in California and before this Court. I am Intellectual Property Director at the Electronic Frontier Foundation and counsel for Plaintiff Public.Resource.Org ("Plaintiff"). I submit this declaration in support of Plaintiff's Request for Clerk's Entry of Default with personal knowledge of the facts I state.

2. On March 1, 2013, I sent a Notice of a Lawsuit and Request to Waive Service of a Summons (the "Notice") to Jon L. Farnsworth of the law firm of Felhaber, Larson, Fenlon & Vogt P.A., counsel for Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. (Dkt. No. 11.)

3. Mr. Farnsworth returned to me a signed Waiver of the Service of Summons, dated March 14, 2013 (the "Waiver"), which included the statement that "I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 1, 2013, the date when this request was sent." (Dkt. No. 11.)

4. On March 20, 2013, I filed with the Court copies of the following documents: (1) the Waiver signed by Mr. Farnsworth; (2) the Notice I sent Mr. Farnsworth; (3) the notarized Affidavit of Mailing for Mr. Farnsworth's signed Waiver, dated March 14, 2013; and (4) the Certificate of Service for my service on Mr. Farnsworth of the Clerk's Notice Scheduling Case Management Conference on Reassignment, the Order Reassigning Case to Judge Samuel Conti, the Notice of Impending Reassignment to a United States District Court Judge and a printout of Judge Conti's court webpage, dated March 19, 2013. (Dkt. No. 11.)

5. Under Rule 12 of the Federal Rules of Civil Procedure, and as noted in the Waiver signed by Mr. Farnsworth, Defendant was required to respond to Public.Resource.Org's Complaint for Declaratory and Injunctive Relief (the "Complaint") within 60 days of March 1, 2013. Accordingly, Defendant's deadline to respond to the Complaint was April 30, 2013. As of May 6, 2013, Defendant has not responded to the Complaint.

6. On May 2, 2013, I emailed Mr. Farnsworth to inquire as to whether his client intended to respond to the Complaint. On May 3, 2013, Mr. Farnsworth replied to my email and

1  advised me that "our client is not intending on filing a responsive pleading." A copy of this email
2  exchange is Exhibit 1 to this Declaration.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      EXECUTED this 6th day of May, 2013.

_____
CORYNNE McSHERRY

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CORYNNE MCSHERRY DECLARATION
IN SUPPORT OF REQUEST FOR DEFAULT
CASE NO.: 3:13-CV-00815 SC

3

# EXHIBIT 1

From: "Jon L. Farnsworth" <JFarnsworth@Felhaber.com>
Subject: RE: PRO v. SMACNA [FELHABER-worksite.FID377165]
Date: May 3, 2013 11:17:28 AM PDT
To: Corynne McSherry <corynne@eff.org>

1 Attachment, 10 KB

Corynne,

I appreciate your email; however, our client is not intending on filing a responsive pleading.

Jon L. Farnsworth
Attorney
Felhaber, Larson, Fenlon & Vogt P.A.
jfarnsworth@felhaber.com
Direct: (651) 312-6013
Fax: (651) 222-8905
Main: (651) 222-6321
444 Cedar Street
Suite 2100
St. Paul, MN 55101-2136
www.felhaber.com
Twitter: http://twitter.com/#!/JonFarnsworth
LinkedIn: http://www.linkedin.com/in/jonfarnsworth



NOTICE OF PRIVILEGE AND CONFIDENTIALITY: This e-mail message contains confidential information and may be a privileged attorney-client communication and/or attorney work product. If you are not the intended recipient, any dissemination, distribution, copying or action taken or omitted in reliance on it is strictly prohibited. If you received this communication in error, please immediately notify us by telephone, and delete the original and destroy any copies of the message. Thank you.

ELECTRONIC TRANSACTION DISCLAIMER: If this communication concerns negotiation of a contract or agreement, this communication does not indicate agreement to conduct transactions by electronic means under Minn. Statute § 325L.05 or other applicable electronic transactions law.

---

**From:** Corynne McSherry [mailto:corynne@eff.org]
**Sent:** Thursday, May 02, 2013 1:35 PM
**To:** Jon L. Farnsworth

**Cc:** Andrew Bridges; Kathleen Lu; James Varellas; David Halperin
**Subject:** PRO v. SMACNA

Dear Jon,

We were surprised that your client did not file a response to Public.Resource.Org's Complaint in the above matter on April 30 (the filing deadline noted in the docket.) We assumed there had been some logistical problem on your end, but note that there is still no response as of this morning. Please let me know as soon as possible whether your client intends to respond and, if so, the reason for the delay. As you can imagine, my client is eager to resolve this matter promptly.

Please also meet my co-counsel for this matter, Andrew Bridges, Kathleen Lu, and James Varellas (of Fenwick & West, LLP), and David Halperin, all cc'd. I can remain your primary point of contact but if I am unavailable please feel free to reach out to them.

If your firm is no longer lead on this matter, please let me know.

Best regards,
Corynne

********************************

Corynne McSherry
Intellectual Property Director, EFF
815 Eddy Street, San Francisco, CA 94109
415-436-9333 x 122

Help EFF protect your rights! www.eff.org/join