**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 8, 2013

RE:  <u>CV 13-00815 SC         PUBLIC.RESOURCE.ORG-v- SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION INC</u>

Default is entered as to Defendant Metal and Air Conditioning Contractors' National Association, In,., on 05/08/13. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by<u>Alfred Amistoso</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89