| | |
|---|---|
| 1 | CORYNNE MCSHERRY (SBN 221504) |
|   | corynne@eff.org |
| 2 | MATTHEW ZIMMERMAN (SBN 212423) |
|   | mattz@eff.org |
| 3 | ELECTRONIC FRONTIER FOUNDATION |
|   | 815 Eddy Street |
| 4 | San Francisco, CA 94109 |
|   | Telephone: (415) 436-9333 |
| 5 | Facsimile: (415) 436-9993 |

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **ADR CERTIFICATION BY PARTY AND COUNSEL** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

ADR CERTIFICATION                                                                                         Case No.: 3:13-cv-00815 SC

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 24, 2013        FENWICK & WEST LLP


By: */s/ James J. Varellas III*
    James J. Varellas III

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

Dated: May 24, 2013        PUBLIC.RESOURCE.ORG


By: */s/ Carl Malamud*
    Carl Malamud
    President

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James J. Varellas III, am the ECF User whose identification and password are being used to file this **ADR CERTIFICATION BY PARTY AND COUNSEL**.  In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:   May 24, 2013                         */s/ James J. Varellas III*
                                                                James J. Varellas III

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO