1  CORYNNE MCSHERRY (SBN 221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (SBN 212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN (admitted *pro hac vice*)
   davidhalperindc@gmail.com
7  1530 P Street NW
   Washington, DC 20005
8
   ANDREW P. BRIDGES (SBN 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (SBN 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (SBN 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA 94104
13 Telephone: 415.875.2300
   Facsimile: 415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he has:

3  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern
4  District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited
5  printed copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (ECF) under General Order 45);

7  (2) Discussed the available dispute resolution options provided by the Court and
8  private entities; and

9  (3) Considered whether this case might benefit from any of the available dispute
10 resolution options.

Dated:   May 24, 2013                FENWICK & WEST LLP

                                     By: */s/ James J. Varellas III*
                                         James J. Varellas III

                                     Attorneys for Plaintiff
                                     PUBLIC.RESOURCE.ORG

Dated: May 24, 2013                  PUBLIC.RESOURCE.ORG

                                     By: */s/ Carl Malamud*
                                         Carl Malamud
                                         President

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James J. Varellas III, am the ECF User whose identification and password are being used to file this **ADR CERTIFICATION BY PARTY AND COUNSEL**.  In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:   May 24, 2013              */s/ James J. Varellas III*
                                                        James J. Varellas III

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO