CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
MATTHEW ZIMMERMAN (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.,<br><br>　　　　　Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

**THIS COURT FINDS THAT:**

(a) The United States government expressly incorporated the HVAC Air Duct Leakage Test Manual, 1st edition, 1985 (Dkt. No. 1, Ex. A), as RS-35, into a federal regulation issued in 2000 by the United States Department of Energy. 10 CFR §§ 434.403.2.9.3, 434.701 Multiple states have also incorporated the HVAC Air Duct Leakage Test Manual, 1st edition, 1985, into their laws.

(b) The federal and state governments thereby incorporated the HVAC Air Duct Leakage Test Manual, 1st edition, 1985, into their respective laws.

(d) The law is in the public domain and thus not protected by copyright. No claim of copyright can prohibit citizens from reading or speaking their own laws.

**THEREFORE:**

1. This Court declares, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, that the HVAC Air Duct Leakage Test Manual, 1st edition, 1985, incorporated as RS-35 into the Code of Federal Regulations, *see* 10 CFR §§ 434.403.2.9.3, 434.701, is public domain material under the Copyright Act of the United States of America, the United States Constitution, and judicial decisions construing such laws, doctrines, and provisions.

2. This Court enjoins SMACNA, its agents, attorneys, and assigns from asserting any copyright claim against Public.Resource.org, Inc., in connection with the HVAC Air Duct Leakage Test Manual, 1st edition, 1985, now and in the future.

3. Public.Resource.org, Inc., is awarded costs of suit incurred herein. Public.Resource.org, Inc., is also awarded its reasonable attorneys' fees, the amount to be determined by subsequent proceeding.

**IT IS SO ORDERED** this ___ day of _____, 2013.

                                                                         Hon. Samuel Conti
                                                        United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO