1  CORYNNE MCSHERRY (SBN 221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (SBN 212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN (admitted *pro hac vice*)
   davidhalperindc@gmail.com
7  1530 P Street NW
   Washington, DC 20005
8
   ANDREW P. BRIDGES (SBN 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (SBN 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (SBN 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA 94104
13 Telephone: 415.875.2300
   Facsimile: 415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| 22         Plaintiff, | **PLAINTIFF PUBLIC.RESOURCE.ORG'S MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| 23  v. | |
| 24  SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| 25 | |
| 26         Defendant. | |

27

28

Pursuant to Civil Local Rule 6-3, Plaintiff PUBLIC.RESOURCE.ORG ("Public Resource") hereby moves the Court to postpone the June 14, 2013, Case Management Conference and its associated deadlines until after the July 19, 2013, hearing on Public Resource's Motion for Default Judgment. (Dkt. No. 22.)

A postponement of the current deadlines will avoid unnecessary activity and burden because, after waiving service (Dkt. No. 11), Defendant SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. ("SMACNA") failed to respond to the Complaint by the April 30, 2013, deadline (Dkt. No. 19), counsel for SMACNA notified counsel for Public Resource that SMACNA "is not intending on filing a responsive pleading" on May 3, 2013 (Dkt. No. 18, Ex. 1), the Clerk entered Default against SMACNA on May 8, 2013 (Dkt. No. 20), and Public Resource has now filed a Motion for Default Judgment, which is to be heard on July 19, 2013. (Dkt. No. 22.)

Accordingly, Public Resource asks the Court to take the June 14, 2013, Case Management Conference off calendar until after its Motion for Default Judgment is heard on July 19, 2013.

Dated: May 30, 2013                    FENWICK & WEST LLP


                                       By: /s/ James J. Varellas III
                                           James J. Varellas III

                                       Attorneys for Plaintiff
                                       PUBLIC.RESOURCE.ORG