CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
MATTHEW ZIMMERMAN (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>  Plaintiff,<br><br>v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.,<br><br>  Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**PLAINTIFF PUBLIC.RESOURCE.ORG'S MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

1  Pursuant to Civil Local Rule 6-3, Plaintiff PUBLIC.RESOURCE.ORG ("Public
2  Resource") hereby moves the Court to postpone the June 14, 2013, Case Management Conference
3  and its associated deadlines until after the July 19, 2013, hearing on Public Resource's Motion for
4  Default Judgment.  (Dkt. No. 22.)

5  A postponement of the current deadlines will avoid unnecessary activity and burden
6  because, after waiving service (Dkt. No. 11), Defendant SHEET METAL AND AIR
7  CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. ("SMACNA") failed
8  to respond to the Complaint by the April 30, 2013, deadline (Dkt. No. 19), counsel for SMACNA
9  notified counsel for Public Resource that SMACNA "is not intending on filing a responsive
10 pleading" on May 3, 2013 (Dkt. No. 18, Ex. 1), the Clerk entered Default against SMACNA on
11 May 8, 2013 (Dkt. No. 20), and Public Resource has now filed a Motion for Default Judgment,
12 which is to be heard on July 19, 2013.  (Dkt. No. 22.)

13 Accordingly, Public Resource asks the Court to take the June 14, 2013, Case Management
14 Conference off calendar until after its Motion for Default Judgment is heard on July 19, 2013.

Dated: May 30, 2013                              FENWICK & WEST LLP


                                                 By: /s/ James J. Varellas III
                                                     James J. Varellas III

                                                 Attorneys for Plaintiff
                                                 PUBLIC.RESOURCE.ORG

MOTION TO POSTPONE CASE
MANAGEMENT CONFERENCE                  2                           Case No.: 3:13-cv-00815 SC