CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
MATT ZIMMERMAN (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN (admitted *pro hac vice*)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorney for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No. 13-cv-00815-SC |
| Plaintiff, | **[PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

For the reasons stated in Plaintiff PUBLIC.RESOURCE.ORG's ("Public Resource's") Motion to Postpone Case Management Conference and Associated Deadlines, the Court POSTPONES the Case Management Conference and associated deadlines until after the hearing on Public Resource's Motion for Default Judgment. (Dkt. No. 22.)

If appropriate, the Court will set a new Case Management Conference after the hearing on Public Resource's Motion for Default Judgment on July 19, 2013.

IT IS SO ORDERED this ___ day of _____, 2013.

Hon. Samuel Conti<br>
United States District Judge