1  CORYNNE MCSHERRY (SBN 221504)
   corynne@eff.org
2  MATT ZIMMERMAN (SBN 212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN (admitted *pro hac vice*)
   davidhalperindc@gmail.com
7  1530 P Street NW
   Washington, DC 20005
8
   ANDREW P. BRIDGES (SBN 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (SBN 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (SBN 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA 94104
13 Telephone: 415.875.2300
   Facsimile: 415.281.1350
14
   Attorney for Plaintiff
15 PUBLIC.RESOURCE.ORG

16                      UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                             SAN FRANCISCO DIVISION

19

20 PUBLIC.RESOURCE.ORG,                 ) Case No. 13-cv-00815-SC
                                         )
21             Plaintiff,                ) **[PROPOSED] ORDER POSTPONING**
                                         ) **CASE MANAGEMENT CONFERENCE**
22 v.                                    ) **AND ASSOCIATED DEADLINES**
                                         )
23 SHEET METAL AND AIR CONDITIONING     )
   CONTRACTORS' NATIONAL                 )
24 ASSOCIATION, INC.,                    )
                                         )
25             Defendant.                )
                                         )
26 _____ )

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER                         1                    Case No. 13-cv-00815-SC

For the reasons stated in Plaintiff PUBLIC.RESOURCE.ORG's ("Public Resource's") Motion to Postpone Case Management Conference and Associated Deadlines, the Court POSTPONES the Case Management Conference and associated deadlines until after the hearing on Public Resource's Motion for Default Judgment. (Dkt. No. 22.)

If appropriate, the Court will set a new Case Management Conference after the hearing on Public Resource's Motion for Default Judgment on July 19, 2013.

IT IS SO ORDERED this ___ day of _____, 2013.

                                                  Hon. Samuel Conti
                                       United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO