| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>JAMES J. VARELLAS III | SBN: 253633<br>Fenwick & West LLP<br>555 California Street, 12th Floor   San Francisco, CA 94104<br>TELEPHONE NO.: (415) 875-2300 | FAX NO. (415) 281-1350 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|
| **United States District Court**<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF/PETITIONER: PUBLIC.RESOURCE.ORG<br>DEFENDANT/RESPONDENT: SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL etc. et al. | CASE NUMBER:<br>13-CV-00815-SC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>B9620-00401 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

PARTY SERVED:           **JON L. FARNSWORTH**

PERSON SERVED:          **Lois Orgen - Receptionist**

DATE & TIME OF DELIVERY:  **5/30/2013**
                          **2:39 PM**

ADDRESS, CITY, AND STATE: **444 Cedar Street, Suite 2100**
                          **St. Paul, MN 55101**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 260.00
County:
Registration No.:
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: B9620-00401

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 30, 2013

Signature: _____
WILLIAM JENSON

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: P103875/General