| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>JAMES J. VARELLAS III | SBN: 253633<br>Fenwick & West LLP<br>555 California Street, 12th Floor   San Francisco, CA 94104 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 875-2300 | FAX NO. (415) 281-1350 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

| **United States District Court** | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Francisco, CA 94102 | |
| BRANCH NAME: Northern District of California | |

| PLAINTIFF/PETITIONER: PUBLIC.RESOURCE.ORG | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL etc. et al. | 13-CV-00815-SC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>B9620-00401 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

PARTY SERVED: SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.

PERSON SERVED: Lisa Uttech - Authorized Agent

DATE & TIME OF DELIVERY: 5/30/2013
11:17 AM

ADDRESS, CITY, AND STATE: 4701 Cox Road, Suite 301
Glen Allen, VA 23060

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 260.00
County:
Registration No.:
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: B9620-00401

I declare under penalty of perjury under the laws of the
The United States that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **May 30, 2013**

Signature: _____
KYLE CORTEZ

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                           Order#: P103874/General