Andrew E. Monach (CA SBN 87891)
amonach@mofo.com
Nicholas S. Napolitan, (CA SBN 251762)
nnapolitan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorneys for Defendant
Sheet Metal and Air Conditioning
Contractors' National Association, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG<br><br>Plaintiff,<br><br>vs.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.<br><br>Defendant. | Case No. cv-13-0815 (SLC)<br><br>**DECLARATION OF JON L. FARNSWORTH IN PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND IN OPPOSITION TO REQUEST FOR ATTORNEYS' FEES** |

I, Jon L. Farnsworth, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney for the Sheet Metal & Air Conditioning Contractors' National Association ("SMACNA").

2.  I communicated with Plaintiff's attorney in this matter concerning Plaintiff's unauthorized publication of SMACNA's copyrighted 1985 HVAC Air Duct Leakage Test Manual (hereafter, the "Disputed Copyrighted Publication").

494162.1                                      1
Declaration of Jon Farnsworth in
Opposition to Motion for Default Judgment
Case No. C-13-0815
sf-3296536

3. As shown in Exhibit 1 of the May 6, 2013 Declaration of Corynne McSherry (Doc. No. 18), I exchanged correspondence with Plaintiff's attorney and informed her of SMACNA's intention to default (*i.e.*, not file a responsive pleading to Plaintiff's Complaint for declaratory relief). SMACNA's intention to default was based on its goal of ending the dispute without further cost to either party. SMACNA intended to default even though I believed, for the reasons stated in my prior correspondence with Plaintiff (*see e.g.*, Complaint at Ex. C) and the memorandum of law being filed with this Declaration, that SMACNA's copyright in the Disputed Copyrighted Publication was valid and enforceable.

4. Plaintiff did not request any license to use the Disputed Copyrighted Publication.

5. Plaintiff did not request that SMACNA enter into a covenant not to sue Plaintiff related to the Disputed Copyrighted Publication.

6. As the Declaration of Vince Sandusky confirms, had Plaintiff requested such relief, it would have been provided by SMACNA. SMACNA's goal was to simply exit this litigation at the lowest cost possible.

7. I expected that my email to Plaintiff's counsel would cease SMACNA's involvement in this matter. However, after being served with a voluminous brief and a request for attorneys' fees, I contacted counsel in California to ensure the Court had a complete understanding of SMACNA's: a) well-founded belief in its legal rights, b) good-faith efforts to exit the litigation at the lowest cost, and c) attempts to minimize disruption to the Court.

494162.1
2
Declaration of Jon Farnsworth in
Opposition to Motion for Default Judgment
Case No. C-13-0815
sf-3296536

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 17th day of June, 2013.

_____
Jon L. Farnsworth

494162.1

Declaration of Jon Farnsworth in
Opposition to Motion for Default Judgment
Case No. C-13-0815
sf-3296536

3