1  CORYNNE MCSHERRY (221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN *(Admitted Pro Hac Vice)*
   davidhalperindc@gmail.com
7  3333 14th Street NW, Suite 205
   Washington, DC 20010
8
   ANDREW P. BRIDGES (CSB No. 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (CSB No. 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (CSB No. 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13 Telephone:    415.875.2300
   Facsimile:    415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

16

17                         UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                            SAN FRANCISCO DIVISION

20

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

# **STIPULATION**

Counsel for Plaintiffs Public.Resource.Org ("Public Resource") and Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") (collectively, the "Parties") enter into the following Stipulation and [Proposed] order:

WHEREAS, Public Resource filed its motion for default judgment (Dkt. No. 22) on May 29, 2013 and personally served SMACNA, noticing a hearing date of July 19th, 2013;

WHEREAS, according to Public Resource's calculation, SMACNA's response to that motion was due on June 12, 2013, with any further reply from Public Resource due 7 days later, on June 19, 2013;

WHEREAS, SMACNA filed its partial opposition to the motion for default judgment on June 17, 2013, calculated at 14 days plus 3 days from the date of Public Resource's motion;

In the interest of allowing Public Resource sufficient time to reply, the parties agree that Public Resource should receive until June 27, 2013, calculated at 7 days plus 3 days from SMACNA's filing, to file its reply and any supporting papers.

This extension will not affect the Court's calendar.  No previous extensions or time modifications have been requested or ordered.  The noticed hearing date of July 19th, 2013 is 23 days after the proposed date for Public Resource to submit its papers. The parties do not request a change of the noticed hearing date, and this extension will not affect any other court date or the schedule of this case.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follow:

1. Plaintiff Public.Resource.Org, Inc.'s reply and supporting papers on its motion for default judgment (Dkt. No. 22) is due June 27, 2013.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 18, 2013 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Kathleen Lu |
| 4 | | Kathleen Lu |
| 5 | | Attorneys for Plaintiff<br>PUBLIC.RESOURCE.ORG |
| 6 | | |
| 7 | Dated: June 18, 2013 | MORRISON & FOERSTER LLP |
| 8 | | |
| 9 | | By: /s/ Nicholas S. Napolitan |
| 10 | | Nicholas S. Napolitan |
| 11 | | Attorneys for Plaintiff<br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. |

**ATTESTATION**

I, Kathleen Lu, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   June 18, 2013

/s/ Kathleen Lu
Kathleen Lu

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated:_____

Honorable Samuel Conti
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW