| | |
|---|---|
| 1 | CORYNNE MCSHERRY (221504) |
|   | corynne@eff.org |
| 2 | MATTHEW ZIMMERMAN (212423) |
|   | mattz@eff.org |
| 3 | ELECTRONIC FRONTIER FOUNDATION |
|   | 454 Shotwell Street |
| 4 | San Francisco, CA 94110 |
|   | Telephone: (415) 436-9333 |
| 5 | Facsimile: (415) 436-9993 |
| 6 | DAVID HALPERIN *(Admitted Pro Hac Vice)* |
|   | davidhalperindc@gmail.com |
| 7 | 3333 14th Street NW, Suite 205 |
|   | Washington, DC 20010 |
| 8 | |
|   | ANDREW P. BRIDGES (CSB No. 122761) |
| 9 | abridges@fenwick.com |
|   | JAMES J. VARELLAS III (CSB No. 253633) |
| 10 | jvarellas@fenwick.com |
|   | KATHLEEN LU (CSB No. 267032) |
| 11 | klu@fenwick.com |
|   | FENWICK & WEST LLP |
| 12 | 555 California Street, 12th Floor |
|   | San Francisco, CA  94104 |
| 13 | Telephone:     415.875.2300 |
|   | Facsimile:      415.281.1350 |
| 14 | |
|   | Attorneys for Plaintiff |
| 15 | PUBLIC.RESOURCE.ORG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **DECLARATION OF KATHLEEN LU IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECLARATION OF KATHLEEN LU                                   Case No.: 3:13-cv-00815 SC

I, Kathleen Lu, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in California and before this Court. I am an associate with Fenwick & West LLP, and counsel for Plaintiff Public.Resource.Org ("Public Resource") in this matter. I have personal knowledge of the matters set forth below, and if called to testify, I could and would competently do so.

2. On May 29, 2013, Public Resource filed its motion for default judgment (Dkt. No. 23) and personally served SMACNA, noticing a hearing date of July 19th, 2013.

3. By my calculation, SMACNA's response to that motion would be due on June 12, 2013, with any further reply from Public Resource due 7 days later, on June 19, 2013.

4. On June 17, 2013 Defendant Sheet Metal and Air Conditioning Contractor's National Association ("SMACNA") filed its Opposition to Plaintiff's Motion for Default Judgment. I understand that SMACNA calculated this date as 14 days from filing plus 3 days.

5. Upon speaking with counsel for SMACNA, the parties agreed that, in the interest of allowing Public Resource sufficient time to reply, Public Resource should receive until June 27, 2013 (7 days from the date SMACNA filed its opposition, plus 3 days), to file its reply and any supporting papers.

6. This extension will not affect the Court's calendar. The noticed hearing date of July 19th, 2013 is 23 days after the proposed date for Public Resource to submit its papers.

7. This is the first modification of time in this case, whether by stipulation or Court order, and will not have any effect on the schedule for the case.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed this 18th day of June, 2013 at San Francisco, California.

                                            /s/ *Kathleen Lu*
                                            Kathleen Lu