1  CORYNNE MCSHERRY (221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN *(Admitted Pro Hac Vice)*
   davidhalperindc@gmail.com
7  3333 14th Street NW, Suite 205
   Washington, DC 20010
8
   ANDREW P. BRIDGES (CSB No. 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (CSB No. 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (CSB No. 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13 Telephone:     415.875.2300
   Facsimile:     415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO REPLY** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER         1         Case No.: 3:13-cv-00815 SC

## **STIPULATION**

Counsel for Plaintiffs Public.Resource.Org ("Public Resource") and Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") (collectively, the "Parties") enter into the following Stipulation and [Proposed] order:

WHEREAS, Public Resource filed its motion for default judgment (Dkt. No. 22) on May 29, 2013 and personally served SMACNA, noticing a hearing date of July 19th, 2013;

WHEREAS, according to Public Resource's calculation, SMACNA's response to that motion was due on June 12, 2013, with any further reply from Public Resource due 7 days later, on June 19, 2013;

WHEREAS, SMACNA filed its partial opposition to the motion for default judgment on June 17, 2013, calculated at 14 days plus 3 days from the date of Public Resource's motion;

In the interest of allowing Public Resource sufficient time to reply, the parties agree that Public Resource should receive until June 27, 2013, calculated at 7 days plus 3 days from SMACNA's filing, to file its reply and any supporting papers.

This extension will not affect the Court's calendar. No previous extensions or time modifications have been requested or ordered. The noticed hearing date of July 19th, 2013 is 23 days after the proposed date for Public Resource to submit its papers. The parties do not request a change of the noticed hearing date, and this extension will not affect any other court date or the schedule of this case.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follow:

1. Plaintiff Public.Resource.Org, Inc.'s reply and supporting papers on its motion for default judgment (Dkt. No. 22) is due June 27, 2013.

IT IS SO STIPULATED.

Dated:   June 18, 2013          FENWICK & WEST LLP

By: /s/ Kathleen Lu
    Kathleen Lu

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

Dated:   June 18, 2013          MORRISON & FOERSTER LLP

By: /s/ Nicholas S. Napolitan
    Nicholas S. Napolitan

Attorneys for Plaintiff
SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.

### [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated: 06/19/2013

_____
Honorable
United S[tates]

*[Signed and sealed: Judge Samuel Conti, United States District Court, Northern District of California]*