1  CORYNNE MCSHERRY (SBN 221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (SBN 212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN *(Admitted Pro Hac Vice)*
   davidhalperindc@gmail.com
7  1530 P Street NW
   Washington, DC 20005
8
   ANDREW P. BRIDGES (SBN 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (SBN 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (SBN 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13 Telephone:    415.875.2300
   Facsimile:    415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SETTLEMENT PURPOSES** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER    1    Case No.: 3:13-cv-00815 SC

## **STIPULATION**

Counsel for Plaintiff Public.Resource.Org ("Public Resource") and Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") (collectively, the "Parties") enter into the following Stipulation and [Proposed] Order:

WHEREAS, Public Resource filed its motion for default judgment (Dkt. No. 22) on May 29, 2013, noticing a hearing date of July 19th, 2013;

WHEREAS, Public Resource and SMACNA stipulated to, and the Court ordered, a reply date on Public Resource's motion for default judgment for June 27, 2013 (Dkt. No. 35);

WHEREAS, the Parties are discussing settlement of the dispute, believe amicable resolution is possible, and an extension would allow the Parties additional time to finalize the terms of a settlement.

The Parties request that the Court extend Public Resource's due date for its Reply on its Motion for Default Judgment to July 11, 2013, and move the hearing date to July 26, 2013, or a later date amenable to the Court's schedule. The Court has granted one previous stipulated extension of time. This request will not affect any date on the Court's calendar other than this hearing date.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follow:

1. Plaintiff Public.Resource.Org, Inc.'s reply and supporting papers on its motion for default judgment (Dkt. No. 22) are due July 11, 2013.

2. The hearing date on Public Resource's motion for default judgment (Dkt. No. 22) is moved to July 26, 2013.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER         2                    Case No.: 3:13-cv-00815 SC

**IT IS SO STIPULATED.**

Dated: June 24, 2013					FENWICK & WEST LLP


						By: /s/ Kathleen Lu
						    Kathleen Lu

						Attorneys for Plaintiff
						PUBLIC.RESOURCE.ORG


Dated: June 24, 2013					MORRISON & FOERSTER LLP


						By: /s/ Nicholas S. Napolitan
						    Nicholas S. Napolitan

						Attorneys for Defendant
						SHEET METAL AND AIR CONDITIONING
						CONTRACTORS' NATIONAL
						ASSOCIATION, INC.

## [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated:_____		_____
						Honorable Samuel Conti
						United States District Judge

## **ATTESTATION**

I, Kathleen Lu, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SETTLEMENT PURPOSES.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  June 24, 2013                     /s/ Kathleen Lu
                                                          Kathleen Lu