1  CORYNNE MCSHERRY (221504)
   corynne@eff.org
2  MATTHEW ZIMMERMAN (212423)
   mattz@eff.org
3  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
4  San Francisco, CA 94109
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993

6  DAVID HALPERIN *(Admitted Pro Hac Vice)*
   davidhalperindc@gmail.com
7  3333 14th Street NW, Suite 205
   Washington, DC 20010
8
   ANDREW P. BRIDGES (CSB No. 122761)
9  abridges@fenwick.com
   JAMES J. VARELLAS III (CSB No. 253633)
10 jvarellas@fenwick.com
   KATHLEEN LU (CSB No. 267032)
11 klu@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA 94104
13 Telephone:    415.875.2300
   Facsimile:    415.281.1350
14
   Attorneys for Plaintiff
15 PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **DECLARATION OF KATHLEEN LU IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SETTLEMENT PURPOSES** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

DECLARATION OF KATHLEEN LU                               Case No.: 3:13-cv-00815 SC

I, Kathleen Lu, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in California and before this Court. I am an associate with Fenwick & West LLP, and counsel for Plaintiff Public.Resource.Org ("Public Resource") in this matter. I have personal knowledge of the matters set forth below, and if called to testify, I could and would competently do so.

2. On May 29, 2013, Public Resource filed its motion for default judgment (Dkt. No. 23), noticing a hearing date of July 19th, 2013.

3. The Parties stipulated to, and the Court granted, an extension of time to June 27, 2013, for Public Resource to file its reply and any supporting papers.

4. Since then, the Parties have discussed settlement and believe a settlement is possible. The Parties also believe that additional time would greatly aid the Parties in negotiating and finalizing any settlement. The Parties believe that an extension of time for Public Resource's reply and any supporting papers to July 11, 2013 and re-calendaring of the hearing date to July 26, 2013, or a later date convenient for the Court, will provide the parties time to finalize such a settlement.

5. This is the second modification of time request in this case, and will not have any effect on the schedule for the case except for the change in hearing date.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed this 24th day of June, 2013 at San Francisco, California.

       /s/ *Kathleen Lu*
       Kathleen Lu

DECLARATION OF KATHLEEN LU    2    Case No.: 3:13-cv-00815 SC