CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
MATTHEW ZIMMERMAN (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN *(Admitted Pro Hac Vice)*
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>        Plaintiff,<br><br>    v.<br><br>SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.,<br><br>        Defendant. | Case No.: 3:13-cv-00815 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SETTLEMENT PURPOSES** |

STIPULATION AND [PROPOSED] ORDER     1     Case No.: 3:13-cv-00815 SC

## STIPULATION

Counsel for Plaintiff Public.Resource.Org ("Public Resource") and Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") (collectively, the "Parties") enter into the following Stipulation and [Proposed] Order:

WHEREAS, Public Resource filed its motion for default judgment (Dkt. No. 22) on May 29, 2013, noticing a hearing date of July 19th, 2013;

WHEREAS, Public Resource and SMACNA stipulated to, and the Court ordered, a reply date on Public Resource's motion for default judgment for June 27, 2013 (Dkt. No. 35);

WHEREAS, the Parties are discussing settlement of the dispute, believe amicable resolution is possible, and an extension would allow the Parties additional time to finalize the terms of a settlement.

The Parties request that the Court extend Public Resource's due date for its Reply on its Motion for Default Judgment to July 11, 2013, and move the hearing date to July 26, 2013, or a later date amenable to the Court's schedule.  The Court has granted one previous stipulated extension of time.  This request will not affect any date on the Court's calendar other than this hearing date.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follow:

1. Plaintiff Public.Resource.Org, Inc.'s reply and supporting papers on its motion for default judgment (Dkt. No. 22) are due July 11, 2013.

2. The hearing date on Public Resource's motion for default judgment (Dkt. No. 22) is moved to July 26, 2013.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER        2        Case No.: 3:13-cv-00815 SC

**IT IS SO STIPULATED.**

Dated: June 24, 2013                                   FENWICK & WEST LLP


                                                       By: /s/ Kathleen Lu
                                                           Kathleen Lu

                                                       Attorneys for Plaintiff
                                                       PUBLIC.RESOURCE.ORG


Dated: June 24, 2013                                   MORRISON & FOERSTER LLP


                                                       By: /s/ Nicholas S. Napolitan
                                                           Nicholas S. Napolitan

                                                       Attorneys for Defendant
                                                       SHEET METAL AND AIR CONDITIONING
                                                       CONTRACTORS' NATIONAL
                                                       ASSOCIATION, INC.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated: 06/25/2013
                                                       _____
                                                       Honorable [Judge Samuel Conti]
                                                       United [States District Judge]

STIPULATION AND [PROPOSED] ORDER           3                    Case No.: 3:13-cv-00815 SC