CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
MATTHEW ZIMMERMAN (SBN 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID HALPERIN *(Admitted Pro Hac Vice)*
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005

ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JAMES J. VARELLAS III (SBN 253633)
jvarellas@fenwick.com
KATHLEEN LU (SBN 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | Case No.: 3:13-cv-00815 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] JUDGMENT** |
| v. | |
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED]
JUDGMENT                                                              1                                                Case No.: 3:13-cv-00815 SC

**STIPULATION**

Pursuant to settlement, Plaintiff Public.Resource.Org ("Public Resource") and Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") (collectively, the "Parties") stipulate to entry of the [Proposed] Judgment below.  The parties hereby waive all rights of appeal, reconsideration, or alteration or amendment of the judgment if the Court enters it as they mutually request.

Dated: July 8, 2013   FENWICK & WEST LLP

By: */s/ Andrew P. Bridges*
    Andrew P. Bridges

Attorneys for Plaintiff
PUBLIC.RESOURCE.ORG, INC.

Dated: July 8, 2013   MORRISON & FOERSTER LLP

By: /s/ Nicholas S. Napolitan
    Nicholas S. Napolitan

Attorneys for Defendant
SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC.

**[~~PROPOSED~~] JUDGMENT**

The Court hereby adjudges and decrees as follows:

1. Defendant Sheet Metal and Air Conditioning Contractors' National Association, Inc. ("SMACNA") shall not sue (i) Plaintiff Public.Resource.Org ("Public Resource") or its personnel, successors, or affiliates; or (ii) any person or entity that has obtained or will obtain any portion of the Publications through means that in any way involved or involves Public Resource or its personnel, successors, or affiliates; for any conduct relating to the following documents:

    (a) SMACNA Publication Fibrous Glass Duct Construction Standards (RS-36) 1992 Edition;

    (b) SMACNA Publication Energy Recovery Equipment and Systems, Air-to-Air 1978 Edition;

    (c) SMACNA Publication HVAC Air Duct Leakage Test Manual (RS-35) 1985 Edition; and

    (d) SMACNA Publication HVAC Duct Construction Standards -- Metal and Flexible (RS-34) 1995 Edition;

2. Defendant SMACNA shall not make any future assertion or representation that it claims any copyright interest in the following documents:

    (a) SMACNA Publication Fibrous Glass Duct Construction Standards (RS-36) 1992 Edition;

    (b) SMACNA Publication Energy Recovery Equipment and Systems, Air-to-Air 1978 Edition;

    (c) SMACNA Publication HVAC Air Duct Leakage Test Manual (RS-35) 1985 Edition; and

    (d) SMACNA Publication HVAC Duct Construction Standards -- Metal and Flexible (RS-34) 1995 Edition;

3. The obligations of Defendant SMACNA shall bind SMACNA's successors in interest;

4. Public Resource shall not sue SMACNA or its personnel, successors, or affiliates for any cause of action related to any manual, standard, document, or material SMACNA claims or has claimed a copyright in, for a period of two (2) years, unless SMACNA or an assignee of SMACNA sues PRO or an agent or affiliate of PRO;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

5. Pursuant to a settlement between the parties, Defendant SMACNA agreed to pay, and shall pay, Plaintiff Public Resource the sum of one dollar;

6. The parties shall otherwise bear their own respective fees and costs associated with this action and dispute.

7. This Court shall retain jurisdiction to enforce the July 3, 2013, Settlement Agreement between the parties.

THE COURT SO ORDERS, this ___ day of July, 2013.

Dated: 07/09/2013          _____

Honorable
United States Judge Samuel Conti